# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

ERIC N. GARCIA-ARCOS,

        Plaintiff,

  v.

CITY OF SEATTLE,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C08-1532RAJ

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Plaintiff accepted the Defendants' offer of judgment, which provided for judgment against the City of Seattle on behalf of all Defendants in an amount of $50,000, plus the fees and costs incurred by the Plaintiff before the offer of judgment was served, in an amount to be set by the court. The court therefore enters judgment against the City of Seattle according to the terms of the offer of judgment (Dkt. # 30).

    Dated this 14th day of April, 2009.

                                                        BRUCE RIFKIN
                                                       Clerk

                                        s/Consuelo Ledesma

                                        Deputy Clerk