The Honorable Richard A. Jones
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC N. GARCIA-ARCOS,<br><br>                Plaintiff,<br>    v.<br><br>MICHAEL RENNER, JOSEPH MACCARRONE, PAUL HOLLAND, TIMOTHY JONES, JEFFERY THOMPSON, BRANDON MCDOUGALD, JOSHUA ZIEMER, ERNEST DEBELLA, NATHAN PATTERSON, PAUL SUGURO, GIL KERLIKOWSKE, individually and in his official capacity, and THE CITY OF SEATTLE, a municipal corporation,<br><br>                Defendants. | NO. C08-01532 RAJ<br><br>STIPULATION AND ORDER ON PLAINTIFF'S ATTORNEY FEE PETITION<br><br>**Noted on the Court's Calendar:<br>Friday, May 15, 2009** |

## I. **STIPULATION**

The parties, as evidenced by the signatures of their attorneys of record below, stipulate to the entry of an award of Thirty-five Thousand Dollars ($35,000.00) total in attorneys' fees and costs associated with the offer of judgment previously made (*Docket*

---

STIPULATION AND ORDER ON PLAINTIFF'S
ATTORNEY FEE PETITION - 1

C08-01532 RAJ
3019-029955  369707

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

*No. 28*) and accepted in this matter (*Docket No. 30*).  This stipulation extinguishes plaintiff's pending motion for attorneys' fees and costs currently pending with the Court (*Docket No. 33*), and upon entry of the order the parties agree that all remaining issues associated with the action will be resolved.

DATED this 14th day of May, 2009.

**LAW OFFICES OF COHEN & IARIA**


By: /s/ Michael Iaria per telephonic agreement
    Michael Iaria, WSBA #15312
    Attorney for Plaintiff

DATED this 14th day of May, 2009.

**STAFFORD FREY COOPER**
*Professional Corporation*


By: /s/ Ted Buck
    Ted Buck, WSBA #22029
    Attorneys for Defendants

## II.  ORDER

THIS MATTER came before the court on the parties' stipulation for the entry of an order establishing the attorneys' fees and costs to be awarded to the plaintiff pursuant to the plaintiff's fee petition (*Docket No. 33*), after the plaintiff's acceptance of the defendants' offer of judgment.  In light of the foregoing stipulation, IT IS NOW

STIPULATION AND ORDER ON PLAINTIFF'S
ATTORNEY FEE PETITION - 2

C08-01532 RAJ
3019-029955  369707

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

ORDERED, the plaintiff is awarded Thirty-five Thousand Dollars ($35,000.00) in attorneys' fees and costs pursuant to his petition for fees. This award resolves all remaining issues associated with the plaintiff's claims.

IT IS SO ORDERED.

DATED this 14th day of May, 2009.

_____
The Honorable Richard A. Jones
United States District Judge

Prepared and presented by:

**STAFFORD FREY COOPER**
*Professional Corporation*

By: /s/ Ted Buck _____
Ted Buck, WSBA #22029
Attorneys for Defendants

Notice of presentation waived:

**LAW OFFICES OF COHEN & IARIA**

By: /s/ Michael Iaria by telephonic agreement_____
Michael Iaria, WSBA #15312
Attorney for Plaintiff

STIPULATION AND ORDER ON PLAINTIFF'S
ATTORNEY FEE PETITION - 3

C08-01532 RAJ
3019-029955  369707

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885